# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Wayne Deloatch,                          :
                        Petitioner        :
                                          :
        v.                                :        No. 1684 C.D. 2018
                                          :
Workers' Compensation Appeal              :
Board (City of Philadelphia),             :
                        Respondent        :

## **O R D E R**

NOW, February 14, 2020, upon consideration of Respondent's application for reargument, and Petitioner's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge